02/20/2011  21:03    5708685330           GERALD LEVANDOSKI                    PAGE  04/14



2805 MacArthur Road
P.O. Box 284
Whitehall, PA 18052
(610) 434 - 4211
www.gilboycars.com



79872LEV

| | | VEHICLE IDENTIFICATION | MILEAGE OUT | DATE OUT | INVOICE NO. |
|---|---|---|---|---|---|
| LEVANDOSKI, GERALD 150 KESTRE RD MOUNTAIN TOP  PA 18707 | | 1F66F5DY5B0A10048 | 12663 | 12/07/12 | 79872 |
| | | YEAR  MAKE | MODEL | COLOR | TAG NO. |
| | | 11  FORD | MH STRIPPE | | 00281 |

| CUST.NO. | LICENSE | HOME PHONE | WORK PHONE | STOCK NO. | PROD. DATE | SLSM.ADV. | TERMS |
|---|---|---|---|---|---|---|---|
| | | 570-868-5330 | 570-301-4677 | | 00/00/00 | 203 | CASH |

| CUST.LABOR RATE | DELIV.DATE | DELIV.MILES | MILEAGE IN | DATE IN | IN-SRVT DATE | | |
|---|---|---|---|---|---|---|---|
| | 00/00/00 | | 12663 | 11/05/12 | 00/00/00 | FOLDER | |

GILBOY SERVICE DEPARTMENT WOULD LIKE TO THANK YOU FOR        ON HOW WE CAN BETTER SERVE YOU PLEASE GIVE US A CALL AT
YOUR PATRONAGE AND TO REMIND YOU IF ANY PROBLEM OR           (610) 289-2165   SERVICE MANAGER IVAN BRYANT
PROBLEMS ARISE FROM THIS REPAIR OR HAVE ANY SUGGESTIONS

| LINE | OP.CODE | FAIL-CD | TECH. | | HOURS/QTY | TYPE | AMOUNT |
|---|---|---|---|---|---|---|---|

A
Com PERFORM MULTI POINT INSPECTION
     99P              A72
                                              Line Total.....

B
Com Customer States THE TRANS STILL LEAKS
Cor TECH CHECKED FOR LEAK,RESEAL AND ADJUST VENT
                     A72
                                              Line Total.....

C +
Com PERFORM OIL AND FILTER CHANGE SPECIAL
Cau Maintenance due
Cor CHANGED OIL & FILTER
     01                     A01                         C       19.95
              FL 820 SB12 FILTER ASY - O      1         C        4.99
              XO 5W20 QSP OIL - ENG           7         C       34.65
Code  Misc Charge      Inv#/Info   Days Hours
OTH   WASTE DISPOSAL FEE                      1.0       C        1.00
                                              Line Total.....   60.59

CUSTOMER COPY - PAGE 01              Printed: 12/07/2012 @ 13:00

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

On behalf of servicing dealer, I hereby certify that the information contained herein is accurate unless otherwise shown. Warranty services described were performed at no charge to owner. There was no indication from the appearance of the vehicle or otherwise, that any part repaired or replaced under this claim in any way with any accident, negligence or misuse. Records are available for (1) year from the date of payment notifying dealer for inspection by manufacturer's representative.

PLAINTIFF'S EXHIBIT
E

CUSTOMER SIGNATURE                                   , GENERAL MANAGER OR AUTHORIZED PERSON    DATE

```
02/20/2011  21:03    5708685330              GERALD LEVANDOSKI                    PAGE  06/14
                                                                                        6
```

CUSTOMER #: 5708685330                    336486         **MAGUIRE'S FORD**
                                                              OF HERSHEY
                                         *INVOICE*
GERALD LEVANDOSKI                                        100 N. Thistledown Drive
150 KESTRE RD                                              Palmyra, PA 17078
MOUNTAIN TOP, PA 18707                     PAGE 1             (717) 838-8300
HOME:570-868-5330  CONT:570-868-5330
BUS:              CELL:570-301-4677      SERVICE ADVISOR: 107 MYRON W JOHNSON

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
|  | 11 | FORD MOTORHOME | 1F66F5DY5B0A10048 |  | 19757/19823 | T2007 |

| DEL.DATE | PROD.DATE | WARR.EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV.DATE |
|---|---|---|---|---|---|---|---|
| 18AUG11 | DD29APR11 |  | 17:00 16AUG13 |  | 0.00 | CASH | 15AUG13 |

| R.O. OPENED | READY | OPTIONS: DLR:03023 ENG:6.8_Liter |
|---|---|---|
| 10:08 06AUG13 | 16:10 15AUG13 |  |

```
LINE OPCODE  TECH  TYPE  HOURS                                    LIST      NET       TOTAL
A SINCE NEW KEEPS BLOWING TRANSMISSION OIL OUT OF THE VENT - HAS BEEN
       IN 2 DIFFERENT SHOPS BUT IT JUST KEEPS GETTING WORSE LOOSING
       MORE TRANSMISSION FLUID EVEN AFTER THE VENT WAS TAKEN CARE OFF
       PER SSM21724
    200 VERIFIED TRANSMISSION SLIP
        209    C    0.00                                                    0.00      0.00
PARTS:     0.00   LABOR:      0.00  OTHER:      0.00  TOTAL LINE A:                    0.00
         ************************************************************
B** ON ACCEL FEELS LIKE THE TRANSMISSION IS SLIPPING
    7000A AUTOMATIC TRANSMISSION ASSEMBLY - REMOVE
        AND INSTALL OR REPLACE (7000) - L
        203    W    3.90                                                              (N/C)
      1 5C3Z*5B266*BA GASKET                                                          (N/C)
      2 5C3Z*5E292*AA BRACKET                                                         (N/C)
      4 *W705443*S900 NUT                                                             (N/C)
      1 *W705374*S901 STUD                                                            (N/C)
      1 3C3Z*7A248*AA SEAL ASY - OIL                                                  (N/C)
      1 9C3Z*7902*B CONVERTER ASY                                                     (N/C)
      1 8C3Z*7A098*D SCREEN ASY                                                       (N/C)
     14 XT*10*QLVC OIL - AUTOMATIC TRANSMISSION                                       (N/C)
    7000A12 AUTOMATIC TRANSMISSION CONVERTER ASSEMBLY
         - REPLACE (7902) - L
        203    W    0.20                                                              (N/C)
    7000E AUTOMATIC TRANSMISSION - EXTERNAL OIL LEAKS
         -DIAGNOSIS (7000) - L
        203    W    0.60                                                              N C
    7000F AUTOMATIC TRANSMISSION ELECTRONIC DIAGNOSIS
         - DIAGNOSIS (7000) - L
        203    W    1.30                                                              N C
    7000F45 AUTOMATIC TRANSMISSION - - DIAGNOSTIC PIN
         POINT TEST - L
        203    W    0.30                                                              N C
    MT7902 ACTUAL TIME TO REMOVED CONVERTOR
        203    W    2.30                                                              N C
```

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY MANUFACTURER'S REPRESENTATIVE.

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the statements with respect to the sale of this item/good. The Seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to ...

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT |  |
| PARTS AMOUNT |  |
| GAS, OIL, LUBE |  |
| SUBLET AMOUNT |  |
| MISC. CHARGES |  |
| TOTAL CHARGES |  |
| LESS |  |
| SALES TAX |  |
| PLEASE PAY THIS AMOUNT |  |

SIGNED: DEALER, GENERAL MANAGER OR AUTHORIZED PERSON

**PLAINTIFF'S EXHIBIT F**

CUSTOMER COPY

```
02/20/2011  21:03   5708685330              GERALD LEVANDOSKI              PAGE 05/14
```

CUSTOMER #: 5708685330          336486        **MAGUIRE'S FORD**
                                              **OF HERSHEY**
                              *INVOICE*
GERALD LEVANDOSKI                             100 N. Thistledown Drive
150 KESTRE RD                                 Palmyra, PA 17078
MOUNTAIN TOP, PA 18707        PAGE 2          (717) 838-8300
HOME:570-868-5330  CONT:570-868-5330
BUS:               CELL:570-301-4677   SERVICE ADVISOR:   107 MYRON W JOHNSON

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
|  | 11 | FORD MOTORHOME | 1F66F5DY5B0A10048 |  | 19757/19823 | T2007 |

| DEL DATE | PROD DATE | WARR EXP | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 18AUG11 | DD29APR11 |  | 17:00 16AUG13 |  | 0.00 | CASH | 15AUG13 |

| R.O. OPENED | READY | OPTIONS: | DLR:03023 ENG:6.8_Liter |
|---|---|---|---|
| 10:08 06AUG13 | 16:10 15AUG13 | | |

```
LINE OPCODE TECH TYPE HOURS                              LIST     NET     TOTAL
PARTS:    0.00  LABOR:    0.00 OTHER:     0.00  TOTAL LINE B:              0.00
************************************************
```

                              Your Complete Satisfaction is our Goal. You
                              may receive a survey from Ford Motor Company
                              regarding your recent visit. If for any
                              reason you cannot answer all of the questions
                              Completely Satisfied, please contact the
                              Service Mgr. Rob Mathias at (717)838-4300
                              ext. 2438 Thank You for your business!



| | DESCRIPTION | TOTALS |
|---|---|---|
| ON BEHALF OF SERVICING DEALER I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY MANUFACTURER'S REPRESENTATIVE. | LABOR AMOUNT | |
| | PARTS AMOUNT | |
| | GAS, OIL, LUBE | |
| | SUBLET AMOUNT | |
| | MISC. CHARGES | |
| | TOTAL CHARGES | |
| | LESS | |
| | SALES TAX | |
| (SIGNED) DEALER, GENERAL MANAGER OR AUTHORIZED PERSON   DATE   CUSTOMER SIGNATURE | PLEASE PAY THIS AMOUNT | 0.00 |

```
.02/20/2011  21:03   5708685330           GERALD LEVANDOSKI            PAGE  08/14
```





```
                                    337840      MAGUIRE'S FORD
                                                   OF HERSHEY
                                  *INVOICE*
GERALD LEVANDOSKI                                 100 N. Thistledown Drive
150 KESTRE RD                                        Palmyra, PA 17078
MOUNTAIN TOP, PA 18707              PAGE 1           (717) 838-8300
HOME:570-868-5330 CONT:570-868-5330
BUS:              CELL:570-301-4677  SERVICE ADVISOR: 107 MYRON W JOHNSON
```

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
|  | 11 | FORD MOTORHOME | 1F66F5DY5B0A10048 |  | 19824/20012 | T4222 |

| DEL DATE | PROD DATE | WARR EXP | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 18AUG11 | DD29APR11 |  | 17:00 29AUG13 |  | 0.00 | CASH | 09SEP13 |

| R.O. OPENED | READY | OPTIONS: DLR:03023 ENG:6.8 Liter |
|---|---|---|
| 07:35 29AUG13 | 14:28 09SEP13 | |

```
LINE OPCODE TECH TYPE HOURS                              LIST       NET     TOTAL
A KEEPS PUSHING TRANSMISSION FLUID OUT OF THE VENT
CAUSE: TRANSMISSION OIL LEAK
    7000A AUTOMATIC TRANSMISSION ASSEMBLY - REMOVE
        AND INSTALL OR REPLACE (7000) - L
        205    W   3.90                                                   (N/C)
    1 9C3Z*7A103*B  PUMP ASY - OIL                                        (N/C)
    1 3C3Z*7A136*AA GASKET                                                (N/C)
    1 5C3Z*5B266*BA GASKET                                                (N/C)
    2 5C3Z*5F292*AA BRACKET                                               (N/C)
    4 *W705443*S900 NUT                                                   (N/C)
    1 *W705374*S901 STUD                                                  (N/C)
    1 3C3Z*7A248*AA SEAL ASY - OIL                                        (N/C)
    1 9C3Z*7902*B   CONVERTER ASY                                         (N/C)
    1 8C3Z*7A098*D  SCREEN ASY                                            (N/C)
   14 XT*10*QLVC    OIL - AUTOMATIC TRANSMISSION                          (N/C)
    1 8C3Z*7A098*D  SCREEN ASY                                            (N/C)
    1 8C3Z*7G155*A  GASKET                                                (N/C)
    1 3C3Z*7A248*A  SEAL                                                  (N/C)
    1 F6TZ*7E191*A  GASKET                                                (N/C)
    9 3C3Z*7N134*BA BOLT                                                  (N/C)
   15 XT*10*QLVC    OIL - AUTOMATIC TRANSMISSION                          (N/C)
    7000A12 AUTOMATIC TRANSMISSION CONVERTER ASSEMBLY
        - REPLACE (7902) - L
        205    W   0.20                                                   (N/C)
    7000E AUTOMATIC TRANSMISSION - EXTERNAL OIL LEAKS
        -DIAGNOSIS (7000) - L
        205    W   0.60                                                   (N/C)
    7000F AUTOMATIC TRANSMISSION ELECTRONIC DIAGNOSIS
        - DIAGNOSIS (7000) - L
        205    W   1.30                                                   (N/C)
    7000F45 AUTOMATIC TRANSMISSION - - DIAGNOSTIC PIN
        POINT TEST - L
        205    W   0.30                                                   (N/C)
    7000A6 AUTOMATIC TRANSMISSION FRONT PUMP -
```

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY MANUFACTURER'S REPRESENTATIVE.

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

(SIGNED) _____ DEALER, GENERAL MANAGER OR AUTHORIZED PERSON  (DATE)

PLAINTIFF'S EXHIBIT
G

```
02/20/2011  21:03    5708685330              GERALD LEVANDOSKI                    PAGE  09/14
```

9

```
CUSTOMER #: 5708685330                     337840    MAGUIRE'S FORD
                                                          OF HERSHEY
                                          *INVOICE*
GERALD LEVANDOSKI                                         100 N. Thistledown Drive
150 KESTRE RD                                                Palmyra, PA 17078
MOUNTAIN TOP, PA 18707                       PAGE 2            (717) 838-8300
HOME:570-868-5330 CONT:570-868-5330
BUS:             CELL:570-301-4677    SERVICE ADVISOR: 107 MYRON W JOHNSON
```

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| | 11 | FORD MOTORHOME | 1F66F5DY5B0A10048 | | 19824/20012 | T4222 |

| DEL.DATE | PROD. DATE | WARR. EXP | PROMISED | PO.NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 18AUG11 | 29APR11 | | 17:00 29AUG13 | | 0.00 | CASH | 09SEP13 |

| R.O. OPENED | READY | OPTIONS: DLR:03023 ENG:6.8 Liter |
|---|---|---|
| 07:35 29AUG13 | 14:28 09SEP13 | |

```
LINE OPCODE TECH TYPE HOURS                              LIST      NET      TOTAL
          REPLACE (7A103) - L
            205    W   0.40                                                  (N/C)
     7000AZJ AUTOMATIC TRANSMISSION ASSEMBLY - REMOVE
          AND INSTALL OR REPLACE (7000) - L EXTRA TIME
          TO MOUNT TRANSMISSION ON A
            205    W   0.30                                                  (N/C)
     7000AXQ AUTOMATIC TRANSMISSION ASSEMBLY - REMOVE
          AND INSTALL OR REPLACE (7000) - L EXTRA TIME
          FOR POST ROAD TEST. (AFTER
            205    W   0.20                                                  (N/C)
     7000A11 AUTOMATIC TRANSMISSION OIL COOLER AND/OR
          COOLER LINES - FLUSH (7A030/7A031) - L
            205    W   0.30                                                  (N/C)
   FC: PART#: COUNT:
   CLAIM TYPE:
   AUTH CODE:
   003464
PARTS:     0.00  LABOR:      0.00  OTHER:      0.00  TOTAL LINE A:           0.00
 19824 RAN TRANSMISSION ELECTRONIC DIAG TEST DROVE CHECKED OASIS AND
 TSBs VENT IS CLEAR OIL COMING OUT OF THE VENT LIKE IT IS OVERHEATING
 CONTACTED FORD THEY SUGGESTED REPLACING THE TORQUE CONVERTOR AFTER GOING
 THRU ALL CHECKS R&R TRANSMISSION INSTALLED CONVERTOR TOOK IT FOR A LONG
 DRIVE BUT STILL HAVE A CONCERN RECONTACTED HOTLINE CHECKED DIPSTICK
 TUBE AND STICK FOR PROPER LENGTH WAS CORRECT PER FORD APPLIED AIR PSI
 (5PSI) TO THE DIPSTICK TUBE NO RESTRICTION AT THE VENT FLUID LEVEL AT
 THE CORRECT LEVEL THEN ROAD TEST & MONITOR TFT AND COOLER AIR FLOW ALSO
 CHECKED OIL FOR FOAMING BUT EVERYTHING CHECKS OUT OK DROPPED PAN NO
 BROKEN FILTER OR CRACKED FILTER PER FORD HOTLINE REMOVED THE
 TRANSMISSION AGAIN AND REPLACED THE PUMP REINSTALLED REFILLED AFTER
 FLUSHING THE COOLER REINSTALLED TRANSMISSION TEST DROVE A NUMBER OF
 TIME RECHECK OK AT THIS TIME
            ************************************************************
B  PERFORM MULTI-POINT INSPECTION
   99P PERFORM MULTI-POINT INSPECTION
```

| | STATEMENT OF DISCLAIMER | DESCRIPTION | TOTALS |
|---|---|---|---|
| ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY MANUFACTURER'S REPRESENTATIVE. | The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items. | LABOR AMOUNT | |
| | | PARTS AMOUNT | |
| | | GAS, OIL, LUBE | |
| | | SUBLET AMOUNT | |
| | | MISC. CHARGES | |
| | | TOTAL CHARGES | |
| | | LESS | |
| | | SALES TAX | |
| SIGNED ___ DEALER, GENERAL MANAGER OR AUTHORIZED PERSON (DATE) | CUSTOMER SIGNATURE | PLEASE PAY THIS AMOUNT | |

CUSTOMER COPY

02/20/2011   21:03     5708685330                GERALD LEVANDOSKI                          PAGE  07/14

7



|  | 337840 | **MAGUIRE'S FORD** |
|---|---|---|
|  |  | **OF HERSHEY** |
|  | *INVOICE* | 100 N. Thistledown Drive |
| ███████ ██████████ | | Palmyra, PA 17078 |
| ███ ██████ ██ | | |
| ████████ TOP, PA 18707 | PAGE 3 | (717) 838-8300 |
| ████:570-868-5330  CONT:570-868-5330 | | |
| ████: | CELL:570-301-4677 | SERVICE ADVISOR: 107 MYRON W JOHNSON |

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
|  | 11 | FORD MOTORHOME | 1F66F5DY5B0A10048 |  | 19824/20012 | T4222 |

| DEL DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 18AUG11 | DL29APR11 |  | 17:00 29AUG13 |  | 0.00 | CASH | 09SEP13 |

| R.O. OPENED | READY | OPTIONS: | DLR:03023  ENG:6.8_Liter |
|---|---|---|---|
| 07:35 29AUG13 | 14:28 09SEP13 |  |  |

| LINE | OPCODE | TECH | TYPE | HOURS | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|
|  | 209 |  | CM | 0.00 | | | 0.00 | 0.00 |

PARTS:    0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE B:    0.00

****************************************************************

Your Complete Satisfaction is our Goal. You
may receive a survey from Ford Motor Company
regarding your recent visit. If for any
reason you cannot answer all of the questions
Completely Satisfied, please contact the
Service Mgr. Rob Mathias at (717) 838-4300
ext. 2439 Thank You for your business.

| | STATEMENT OF DISCLAIMER | DESCRIPTION | TOTALS |
|---|---|---|---|
| ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY MANUFACTURER'S REPRESENTATIVE. | The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items. | LABOR AMOUNT | 0.00 |
| | | PARTS AMOUNT | 0.00 |
| | | GAS, OIL, LUBE | 0.00 |
| | | SUBLET AMOUNT | 0.00 |
| | | MISC. CHARGES | 0.00 |
| | | TOTAL CHARGES | 0.00 |
| | | LESS | 0.00 |
| | | SALES TAX | |
| (SIGNED)   DEALER, GENERAL MANAGER OR AUTHORIZED PERSON   (DATE) | CUSTOMER SIGNATURE | PLEASE PAY THIS AMOUNT | 0.00 |

CUSTOMER COPY

```
02/20/2011  21:03    5708685330           GERALD LEVANDOSKI              PAGE  11/14
```

CUSTOMER #: 5708685330                        338487     **MAGUIRE'S FORD**
                                                          **OF HERSHEY**
                                              *INVOICE*
GERALD LEVANDOSKI                                         100 N. Thistledown Drive
150 KESTRE RD                                             Palmyra, PA 17078
MOUNTAIN TOP, PA 18707                        PAGE 1      (717) 838-8300
HOME:570-868-5330 CONT:570-868-5330
BUS:             CELL:570-301-4677   SERVICE ADVISOR: 107 MYRON W JOHNSON

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
|  | 11 | FORD MOTORHOME | 1F66F5DY5B0A10048 |  | 20065/20175 | T2 |

| DEL DATE | PROD DATE | WARR EXP | PROMISED | PO NO. | RATE | PAYMENT | INV DATE |
|---|---|---|---|---|---|---|---|
| 18AUG11 | DD29APR11 |  | 17:00 10SEP13 |  | 0.00 | CASH | 20SEP13 |

| R.O. OPENED | READY | OPTIONS: | DLR:03023 ENG:6.8 Liter |
|---|---|---|---|
| 13:24 10SEP13 | 14:17 20SEP13 |  |  |

```
LINE OPCODE TECH TYPE HOURS                               LIST      NET      TOTAL
A STILL HAVE THE CONCERN THAT TRANSMISSION OIL IS BLOWING OUT OF THE
    VENT
CAUSE: TRANSMISSION OVERHEAT
    7000A AUTOMATIC TRANSMISSION ASSEMBLY - REMOVE
         AND INSTALL OR REPLACE (7000) - L
         205    W   3.90                                                    (N/C)
      1 AC3Z*7000*H AUTOMATIC TRANSMISSION ASY                              (N/C)
      1 HANDLING 338487                                                     (N/C)
      1 E7TZ*7086*A GASKET                                                  (N/C)
      2 *W710533*S439X SCREW                                                (N/C)
      6 XT*10*QLVC OIL - AUTOMATIC TRANSMISSION                             (N/C)
    7000AXQ N
         205    W   0.20                                                    (N/C)
    7000F AUTOMATIC TRANSMISSION ELECTRONIC DIAGNOSIS
         - DIAGNOSIS (7000)   L
         205    W   1.30                                                    (N/C)
    PRIOR COMPONENT REPLACEMENT    PRIOR APPROVAL
         205    W   0.30                                                    (N/C)
    7000A11 AUTOMATIC TRANSMISSION OIL COOLER AND/OR
         COOLER LINES - FLUSH (7A030/7A031)  L
         205    W   0.30                                                    (N/C)
    FC:  PART#:  COUNT:
    CLAIM TYPE:
    AUTH CODE:
    003464
PARTS:      0.00  LABOR:       0.00  OTHER:     0.00  TOTAL LINE A:          0.00
 20013 CONTINUE FINDING OIL COMING OUT OF THE VENT RECHECKED BY
 RUNNING TRANSMISSION ELECTRICLA DIAGNOSTICS TEST DRIVING MONITOR PER
 INSTRUCTIONS FROM THE HOTLINE AFTER ALL INFO FROM FORD CONVEROTR WAS
 REPLACED STILL A PROBLEM CUSTOMER BROUGHT BACK PER FORD REPLACED PUMP
 STILL A PROBLEM AGAIN FOR THE 3RD TIME IN A MOTORHOME REMOVED AND
 REPLACED THE TRANSMISSION FLUSHED COOLER TEST DROVE A NUMBER OF TIME WE
 FOUND NO PROBLEM RETURNED TO CUSTOMER
            *****************************************************
```

STATEMENT OF DISCLAIMER

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY MANUFACTURER'S REPRESENTATIVE.

The factory warranty constitutes all of the warranties with respect to the sale of this item\items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in ___ of this ___

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT |  |
| PARTS AMOUNT |  |
| GAS, OIL, LUBE |  |
| SUBLET AMOUNT |  |
| MISC. CHARGES |  |
| TOTAL CHARGES |  |
| LESS |  |
| SALES TAX |  |
| PLEASE PAY THIS AMOUNT |  |

(SIGNED)  DEALER, GENERAL MANAGER OR AUTHORIZED PERSON     (DATE)

**PLAINTIFF'S EXHIBIT H**
ALL-STATE LEGAL®

```
02/20/2011  21:03    5708685330              GERALD LEVANDOSKI                           PAGE  10/14
```

10

| CUSTOMER #: 5708685330 | 338487 | **MAGUIRE'S FORD** |
|---|---|---|
| | *INVOICE* | **OF HERSHEY** |
| GERALD LEVANDOSKI | | 100 N. Thistledown Drive |
| 150 KESTRE RD. | | Palmyra, PA 17078 |
| MOUNTAIN TOP, PA 18707 | PAGE 2 | (717) 838-8300 |
| HOME:570-868-5330 CONT:570-868-5330 | | |
| BUS:           CELL:570-301-4677 | SERVICE ADVISOR: 107 MYRON W JOHNSON | |

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| | 11 | FORD MOTORHOME | 1F66F5DY5B0A10048 | | 20065/20175 | T2 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 18AUG11 | 29APR11 | | 17:00 10SEP13 | | 0.00 | CASH | 20SEP13 |

| R.O. OPENED | READY | OPTIONS: DLR:03023 ENG:6.8 Liter |
|---|---|---|
| 13:24 10SEP13 | 14:17 20SEP13 | |

```
LINE OPCODE TECH TYPE HOURS                                 LIST         NET       TOTAL
B PERFORM MULTI-POINT INSPECTION
    99P PERFORM MULTI-POINT INSPECTION
         209    C  0.00                                                   0.00       0.00
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00    TOTAL LINE B:            0.00
**************************************************************
```

Your Complete Satisfaction is our Goal. You may receive a survey from Ford Motor Company regarding your recent visit. If for any reason you cannot answer all of the questions Completely Satisfied, please contact the Service Mgr. Rob Mathias at (717)838-4300 ext. 2430 Thank You for your business!

FORD

| | STATEMENT OF DISCLAIMER | DESCRIPTION | TOTALS |
|---|---|---|---|
| ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY MANUFACTURER'S REPRESENTATIVE. | The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items. | LABOR AMOUNT | 0.00 |
| | | PARTS AMOUNT | 0.00 |
| | | GAS, OIL, LUBE | 0.00 |
| | | SUBLET AMOUNT | 0.00 |
| | | MISC. CHARGES | 0.00 |
| | | TOTAL CHARGES | 0.00 |
| | | LESS | 0.00 |
| | | SALES TAX | 0.00 |
| (SIGNED)   DEALER, GENERAL MANAGER OR AUTHORIZED PERSON    (DATE) | CUSTOMER SIGNATURE | PLEASE PAY THIS AMOUNT | 0.00 |

CUSTOMER COPY

02/20/2011  21:03    5708685330                  GERALD LEVANDOSKI                               PAGE  12/14

*12*

**CUSTOMER #: 5708685330**                        343614      **MAGUIRE'S FORD**
                                                               **OF HERSHEY**
                                             *INVOICE*
GERALD LEVANDOSKI                                               100 N. Thistledown Drive
150 ■■■■EL RD                                DUPLICATE 2        Palmyra, PA 17078
MOUNTAIN TOP, PA 18707-2602                     PAGE 2          (717) 838-8300
■■■■:570-868-5330  CONT:570-868-5330
■■■:              CELL:570-301-4677          SERVICE ADVISOR: 107 MYRON W JOHNSON

| YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|
| 11 | FORD MOTORHOME | 1F66F5DY5B0A10048 | | 22484/22492 | T326 |

| DATE IN | SERVICE WRTN | EXP | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 18AUG11 | DT29APR11 | | 17:00 11DEC13 | | 0.00 | CASH | 31JAN14 |

OPTIONS:  DLR:03023 ENG:6.8_Liter

09:19 11DEC13  11:13 31JAN14
LINE OPCODE TECH TYPE HOURS                              LIST        NET       TOTAL
B SCREWS ARE ALREADY REMOVED FROM THE DOG BOX ----- DO NOT USED DRIVERS
    DOOR
    100 MAINTENANCE
        218    C    0.00                                              0.00     0.00
PARTS:   0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE B:          0.00
*****************************************************************

              Your Complete Satisfaction is our Goal. You
              may receive a survey from Ford Motor Company
              regarding your recent visit. If for any
              reason you cannot answer all of the questions
              Completely Satisfied, please contact the
              Service Mgr. Rob Mathias at (717)838-4300
              ext. 2438 Thank You for your business!

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY MANUFACTURER'S REPRESENTATIVE.

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

(SIGNED)  DEALER, GENERAL MANAGER OR AUTHORIZED PERSON   (DATE)

**PLAINTIFF'S EXHIBIT I**

```
02/20/2011  21:03     5708685330              GERALD LEVANDOSKI                    PAGE  13/14
```
                                                                                          13

| | | | | | |
|---|---|---|---|---|---|
| CUSTOMER #: 5708685330 | | 343614 *INVOICE* DUPLICATE 2 PAGE 1 | **MAGUIRE'S FORD** OF HERSHEY 100 N. Thistledown Drive Palmyra, PA 17078 (717) 838-8300 | | |
| GERALD LEVANDOSKI 150 KESTREL RD MOUNTAIN TOP, PA 18707-2602 HOME:570-868-5330  CONT:570-868-5330 BUS:                CELL:570-301-4677 | | | SERVICE ADVISOR: 107 MYRON W JOHNSON | | |

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| | 11 | FORD MOTORHOME | 1F66F5DY5B0A10048 | | 22484/22492 | T326 |

| DEL DATE | PROD. DATE | WARR EXP | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 18AUG11 | 29APR11 | | 17:00 11DEC13 | | 0.00 | CASH | 31JAN14 |

| R.O. OPENED | READY | OPTIONS: DLR:03023 ENG:6.8 Liter |
|---|---|---|
| 09:19 11DEC13 | 11:13 31JAN14 | |

```
LINE OPCODE TECH TYPE HOURS                              LIST        NET       TOTAL
A TRANSMISSION OIL LEAK
CAUSE: TRANSMISSION
    200  PER FORD INSTRUCTION - RECHECKED VENT, FLUID
         LEVELS, WE EVEN GOT ANOTHER DTRANS DIPSTICK
         TUBE & STICK TO MAKE SURE IT WAS THE SAME
         FROM THE
         218    C   1.80                                              0.00      0.00
    200 FACTORY (IT WAS) INSPECT ALL ITEMS FORD
         SUGGESTED - ALL OK - FOUND NO DEBRIS OR
         BLOCKAGE - CHECKED FOR CODE & MONITORED PIDS
         218    C   0.00                                              0.00      0.00
    200 FAN CLUTCH WORKING PROPERLY PER FORDS LAST
         MESSAGE - WE TEST DROVE TO THE CORRECT TEMP
         AND CHECK TRANS FLUID LEVEL AND MADE SURE
         218    C   0.00                                              0.00      0.00
    200 THE FLUID LEVEL WAS AT THE BOTTOM OF THE H
         HASH MARKS PER SSM21724 THAT THE CUSTOMER
         SHOULD HAVE IT IN TOW HAUL WHILE DRIVING
         218    C   0.00                                              0.00      0.00
    200 WE CLEANED EVERYTHING OFF AFTER THE LAST RUN
         & THERE IS A COPY OF THE LAST MESSAGE FROM
         FORD TO ROB M. WITH HIS KEYS
         218    C   0.00                                              0.00      0.00
PARTS:      0.00   LABOR:      0.00   OTHER:      0.00   TOTAL LINE A:          0.00
22492 SOME 2009 - 2011 TORQSHIFT EQUIPPED VEHICLES MAY EXHIBIT
MINOR TRANSMISSION FLUID LEAK DUE TO AN OVERFILL CONDITION. THE LEAK
MAY BE CAUSED BY A TRANSMISSION FLUID OVERFILL CONDITION. INSTALL IDS
TO READ (TFT) TEMPERATURE. CHECK FLUID LEVEL AT NORMAL OPERATING
TEMPERATURE 150 - 170F (66 - 77C) AS PER WORKSHOP MANUAL SECTION 307-01
CHECK TRANSMISSION FLUID LEVEL AND CONDITION. IF AN OVERFILLED READING
IS INDICATED, REFER TO WORKSHOP MANUAL SECTION 307-01 TRANSMISSION
FLUID DRAIN AND REFILL, AND ADJUST FLUID LEVEL TO THE BOTTOM OF
HOTRANGE (HASH MARK AREA MARKED WITH AN "H" ON THE FLUID LEVEL
INDICATOR).
```

ON BEHALF OF SERVICING DEALER, I HEREBY CERTIFY THAT THE INFORMATION CONTAINED HEREON IS ACCURATE UNLESS OTHERWISE SHOWN. SERVICES DESCRIBED WERE PERFORMED AT NO CHARGE TO OWNER. THERE WAS NO INDICATION FROM THE APPEARANCE OF THE VEHICLE OR OTHERWISE, THAT ANY PART REPAIRED OR REPLACED UNDER THIS CLAIM HAD BEEN CONNECTED IN ANY WAY WITH ANY ACCIDENT, NEGLIGENCE OR MISUSE. RECORDS SUPPORTING THIS CLAIM ARE AVAILABLE FOR (1) YEAR FROM THE DATE OF PAYMENT NOTIFICATION AT THE SERVICING DEALER FOR INSPECTION BY MANUFACTURER'S REPRESENTATIVE.

STATEMENT OF DISCLAIMER
The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

(SIGNED)    DEALER, GENERAL MANAGER OR AUTHORIZED PERSON    (DATE)    CUSTOMER SIGNATURE

CUSTOMER COPY